Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made

by MARY HARTMAN and Others, Respondents, v. T. A. HENNESSY, INC.,
Employer, and NEW AMSTERDAM CASUALTY COMPANY, Insurance Carrier,
Appellants.—Award unanimously affirmed.